# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,  :

           Plaintiff(s),         Case No. 3:10-cr-36
- vs -                                  Magistrate Judge Michael R. Merz

KYLE DAUGHERTY,

           Defendant(s).  :

## ORDER EXTENDING PROBATION

This case came on for hearing on February 19, 2013, on report of the probation officer filed on September 13, 2012, alleging Defendant violated the conditions of his probation. The probation officer's report alleged that on August 27, 2012, Defendant had violated the conditions of his probation by being charged with Driving Under the Influence and Open Container in Montgomery County Municipal Court in case #2012 TRC 03840.

Defendant admitted the violation of the conditions of his probation.

The Court found Defendant violated the terms and conditions of his probation and extended the Defendant's probation two years, or until September 12, 2014. As conditions of Defendant's probation, three months are to be served on home confinement; Defendant is to participate in a substance abuse assessment and recommended treatment at the direction of the probation officer, a mental health assessment and recommended treatment at the direction of the probation officer, and 50 hours of community service to be monitored and supervised by the probation department.

    February 19, 2013

                                                        s/ Michael R. Merz
                                                  United States Magistrate Judge